UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG -3 2015
Clerk, U.S. District and
Bankruptcy Courts

Jean Paul Gamarra, )
 )
    Plaintiff, )
 )
v. ) Case: 1:15-01247 (F Deck)
 ) Assigned To : Unassigned
 ) Assign. Date : 8/3/2015
Barack Hussein Obama, ) Description: Pro Se Gen. Civil
 )
    Defendant. )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

1



Plaintiff is a District of Columbia resident. He has named President Barack Obama as the defendant. The document that plaintiff labels "Complaint" is incomprehensible, as are the numerous pages of inexplicable attachments. In fact, the complaint is so lacking "an arguable basis in law and fact" as to be frivolous. *Brandon v. District of Columbia Bd. of Parole*, 734 F.2d 56, 59 (D.C. Cir. 1984). Hence this action, such as it is, will be dismissed with prejudice. A separate order of dismissal accompanies this Memorandum Opinion.

Date: August 3rd, 2015

United States District Judge